UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PROVIDENCE HEALTH & SERVICES - OREGON,

    Plaintiff,

 v.

BOULDER ADMINISTRATION SERVICES, INC.,

    Defendant.

C16-745 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the parties' Joint Status Report, docket no. 25, indicating that an arbitration hearing occurred on July 18, 2017, and that the arbitrator has set deadlines of August 18, 2017, for post-hearing briefs, and September 25, 2017, for a decision, the Court hereby continues the stay of this matter and DIRECTS the parties to file another Joint Status Report within fourteen (14) days after completion of arbitration proceedings or by October 31, 2017, whichever occurs earlier.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 14th day of August, 2017.

              William M. McCool
              Clerk

              s/Karen Dews
              Deputy Clerk

MINUTE ORDER - 1