UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PROVIDENCE HEALTH & SERVICES - OREGON,

    Plaintiff,

v.

BOULDER ADMINISTRATION SERVICES, INC.,

    Defendant.

C16-745 TSZ

ORDER

Having reviewed the parties' Joint Status Report, docket no. 27, indicating that the arbitrator has issued a final award, which the parties anticipate will be satisfied before November 6, 2017, and it appearing that no issue remains for the Court's determination,

NOW, THEREFORE, IT IS ORDERED that this case is DISMISSED with prejudice and without costs.

In the event that the final arbitration award is not satisfied, either party may move to reopen this case and seek appropriate relief, provided such motion is filed within **60** days of the date of this Order.

The Clerk is directed to send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

Dated this 25th day of October, 2017.

                                                             /s/ Thomas S. Zilly
                                                             Thomas S. Zilly
                                                             United States District Judge

ORDER - 1